IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 174

| | | |
|---|---|---|
| LAURRELL SMITH, ADMINISTRATIX OF THE ESTATE OF JAMES ROWLEY SMITH, III, | ) ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| ERIC FRESHER, TERAWN BENTON, AND C.R. ENGLAND, INC., | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 20) filed by Matthew S. Sullivan. The Motion indicates that Mr. Sullivan, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Robert M. Caplan, who the Motion represents as being a member in good standing of the Bar of New Jersey and the Bar of Pennsylvania. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 20) and **ADMITS** Robert M. Caplan to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 22, 2019

W. Carleton Metcalf
United States Magistrate Judge